# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2007

Clifford W. Taylor,
Chief Justice

133661
& (12)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHIGAN EDUCATION ASSOCIATION,
      Petitioner-Appellee,

v

                                            SC: 133661
                                            COA: 276093
                                            Ingham CC: 06-001537-AA

SECRETARY OF STATE,
         Respondent-Appellee,

and

MICHIGAN CHAMBER OF COMMERCE,
        Proposed Intervening
        Respondent-Appellant.

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2007

_____
Clerk